JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR CASTILLO JR., ) | Case No: 2:25-cv-10528-AS |
| Plaintiff, ) | |
| ) | **[PROPOSED]** |
| vs. ) | **JUDGMENT** |
| ) | |
| FRANK BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 12, 2026          / s / Sagar
_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE