Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Arthur Castillo Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CASTILLO JR., | ) No. 2:25-cv-10528-AS |
| | ) |
| Plaintiff, | ) **[~~PROPOSED~~] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| FRANK BISIGNANO[1], | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($4,500.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. section 405(g).

HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated: March 30, 2026

_____/ s / Sagar_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE